IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| FRANKENMUTH INSURANCE COMPANY, | Case No. 3:24-cv-00026-MPB-CSW |
| Plaintiff, | Hon. Matthew P. Brookman |
| | Magistrate Judge Crystal S. Wildeman |
| v. | |
| AMERICAN LEGION POST 115, INC., ERICA KENLEY and TRISTAN KENLEY, | |
| Defendants. | |

_____

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

PLEASE TAKE NOTICE that this action is hereby dismissed by Plaintiff in its entirety.

No Defendants have served an answer or otherwise responded to the Complaint filed in this action. Accordingly, this dismissal is made pursuant to Fed. R. Civ. P. 41(a).

                   Respectfully submitted,

                   */s/ Bradford S. Moyer*
                   Bradford S. Moyer (#25964-49)
                   PLUNKETT COONEY, P.C.
                   300 N. Meridian, Suite 1250
                   Indianapolis, IN 46204
                   Phone: (317) 964-2738
                   Fax: (248) 901-4040

Dated: April 4, 2024        *Attorneys for Frankenmuth Insurance Company*

Open.03190.23386.33434971-1