UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| FRANKENMUTH INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN LEGION POST 115, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) No. 3:24-cv-00026-MPB-CSW |

**ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff pursuant to Fed. R. Civ. P. 41(a), it is hereby ordered that this action be, and hereby is, dismissed without prejudice in its entirety against all Defendants.

**SO ORDERED.**

Dated: April 5, 2024

*[signature]*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.